UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

Case No.  SACV 11-01345-CJC(RNBx)                    Date  February 7, 2012

Title  Ot Bonsynat, et al v. Independent National Mortgage Corporation, et al

Present: The Honorable  CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

None Present                                         None Present

**Proceedings:**  (IN CHAMBERS) ORDER DISMISSING ACTION ON RESPONSE TO OSC

    The Court, having received Plaintiff's response to the Order to Show Cause filed on February 6, 2012 which requests the case be dismissed, hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

    The Court retains jurisdiction for thirty days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed. This order shall not prejudice any party in this action.

                                                                                                                                                                                                       : 0

Initials of Preparer  mu